IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA

CIVIL ACTION NO. _____

JEFFREY ALAN FLORREICH,

      Plaintiff,

vs.

VICTORIA LYNNE MEISTER, an individual; Defendant No. 1, whether singular or plural, that person who was operating the motor vehicle which collided with the motor vehicle in which plaintiff was a passenger on or about April 24, 2004 on U.S. Highway 280 in Talapoosa County, Alabama; Defendant No. 2, whether singular or plural, that person, firm or corporation who was the owner of the motor vehicle which collided with the motor vehicle in which plaintiff was a passenger on the occasion made the basis of this suit; Defendant No. 3, whether singular or plural, that person, firm or corporation who or which provided maintenance and upkeep on the motor vehicle on the occasion made the basis of this suit; Defendant No. 4, whether singular or plural, that person, firm or corporation who or which negligently entrusted the vehicle to the driver on the occasion made the basis of this suit; Defendant No. 5, whether singular or plural, that person, firm or corporation who or which was/were the master or principal of the driver of the vehicle which struck plaintiff's vehicle on the occasion made the basis of this suit; Defendant No. 6, whether singular or plural, that person or entity for whom the driver at the time of this accident was performing some type of service or employment duty; Defendant No. 7, whether singular or plural, that person or entity who is the successor of interest of any entity described herein; Defendant No. 8, whether singular or plural, that person or other legal entity other than those described above, the negligence, wantonness or other actionable conduct of which contributed to cause plaintiff injuries. Plaintiff avers that the identify of the Fictitious Party Defendants identified above are otherwise unknown to the plaintiff at this time, or if their names are known to the plaintiff at this time, their identities as proper party defendants are not know to the plaintiff at this time, but that their true names will be substituted by amendment when the aforesaid lacking knowledge is ascertained,

      Defendants.



APR 2006

## **COMPLAINT**

### **Count I**

1. Plaintiff Jeffrey Alan Florreich (hereinafter "Florreich"), is an adult resident citizen of Jefferson County, Alabama.

2. Defendant Victoria Lynne Meister (hereinafter "Meister") is a resident of Carroll County, Georgia and is believed to have been the operator of the vehicle which collided with the vehicle being occupied by the Plaintiff at the time and place described herein.

3. On or about the 24th day of April 2004, US Highway 280 in Tallapoosa County, Alabama, to wit, Defendant Meister, and fictitious named Defendants Nos. 1, 2, 3, 4, 5, 6, 7and 8 negligently and/or wantonly operated a motor vehicle thereby causing said vehicle to collide with the vehicle occupied by Plaintiff Florreich at the time of said collision.

4. The Fictitious Party Defendants are the respective drivers, owners, employers, supervisors, and repairmen of the driver and/or the vehicle which injured the plaintiff.

5. Fictitious Party Defendants negligently and/or wantonly drove, owned, insured, maintained, repaired, employed, supervised or entrusted the driver and/or the vehicle which injured the plaintiff and said negligence contributed to cause plaintiff's injuries.

6. As a proximate result of the negligence and/or wantonness of the Defendant Meister, and one or more of the fictitious parties described herein, plaintiff, was caused to suffer injuries including but not limited to his knee, ankle, thumb, wrist, back, neck, causing excruciating pain, and mental anguish. Plaintiff has incurred and will be caused to continue to incur in the future substantial medical expense.

## Count II

7. Plaintiff adopts and reaffirms the allegations on Paragraph 1 through 6 as set out herein.

8. The fictitious named defendants number 1 through 8 negligently and or wantonly operated a motor vehicle thereby causing said vehicle to collide with the vehicle occupied by Plaintiff Florreich at the time of said collision.

9. Fictitious Party Defendants negligently and/or wantonly drove, owned, insured, maintained, repaired, employed, supervised or entrusted the driver and/or the vehicle which injured the plaintiff and said negligence contributed to cause plaintiff's injuries.

10. As a proximate result of the negligence and/or wantonness of the Defendant Meister, and one or more of the fictitious parties described herein, plaintiff, was caused to suffer injuries including but not limited tohis knee, ankle, thumb, wrist, back, neck, causing excruciating pain, and mental anguish. Plaintiff has incurred and will be caused to continue to incur in the future substantial medical expense.

## Count III

11. Plaintiff adopts and reaffirms the allegations on Paragraph 1 through 10 as set out herein.

12. The injuries suffered by Florreich were the result of the failure of the defendant and/or one of more of he fictitious defendants, separately and severely, to properly maintain the automobile which collided with the automobile occupied by the Plaintiff at the time of the accident.

13. Florreich was caused to suffer injuries as a result of the conduct of the Defendant and/or the fictitious parties described herein above.

### Count IV

14. Plaintiff adopts and reaffirms the allegations on Paragraph 11 through 13 as set out herein.

15. Florreich was caused to incur expense for medical treatment, medical supplies, prescriptions, medicines, and also suffered a loss of wages.

16. Florreich was caused to suffer these injures and losses a result of the conduct of the Defendants and/or the fictitious parties described hereinabove.

**WHEREFORE** the plaintiff, Jeffrey Allan Florreich, requests that the jury selected to hear this case render a verdict for plaintiff, and against the defendants, both named and fictitiously described herein, in an amount adequate to compensate plaintiff for his injuries and damages, and also punitive damages in an amount sufficient to deter the defendants, their agents and employees from committing similar wrongs in the future.

**PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY OF ALL ISSUES IN THIS CAUSE.**

/s/ Michael L. McKerley
Michael L. McKerley(MCK027)

OF COUNSEL:

Pritchard, McCall & Jones, L.L.C.

800 Financial Center

505 North 20th Street

Birmingham, Alabama 35203-2605

(205) 328-9190

(205) 458-0035 fax

Plaintiff's Address:

Jeffrey Alan Florreich

c/o  Pritchard, McCall & Jones, L.L.C.

800 Financial Center

505 North 20th Street

Birmingham, Alabama 35203-2605

Defendants to be served via certified mail as follows:

Victoria Meister

800 Cavender Creek Road

Carrollton, Georgia 30116

**SUMMONS** Case Number __CV_____
- **CIVIL** -

IN THE ___CIRCUIT___ COURT OF ___TALLAPOOSA___ COUNTY

**Plaintiff** Jeffrey Alan Florreich., v. **Defendant** Victoria Meister, et al.

**NOTICE TO** Victoria Meister 800 Cavender Creek Road, Carrollton, Georgia 30116

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY **Michael L. McKerley.** WHOSE ADDRESS IS **PRITCHARD, McCALL & JONES, L.L.C., 800 Financial Center, 505 North 20th Street, Birmingham, Alabama 35203** Phone: (205) 328-9190.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN __30__ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO any SHERIFF or any PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

X Service by certified mail of this summons is initiated upon the written request of Michael L. McKerley. pursuant to the Alabama Rules of Civil Procedure.

Date_____

By:_____

Clerk/Register

☒ Certified Mail is hereby requested.

APR 2006

Plaintiff's Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on_____

(Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____.
(Date)

Date _____   Server's Signature _____

Address of Server _____

Type of Process Server _____