## IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA

**JEFFREY ALAN FLORREICH,**           §
                                       §
    **Plaintiff,**                  §
                                       §
**v.**                                 §           **CV 2006-047**
                                       §
**VICTORIA LYNNE MEISTER, et al.,**    §
                                       §
                                       §
                                       §
    **Defendant.**                  §

### NOTICE TO CIRCUIT COURT OF TALLAPOOSA COUNTY OF REMOVAL

TO:    Circuit Clerk of Tallapoosa County, Alabama
        132 Courthouse
        125 N. Broadnax Street
        Dadeville, AL 36853

Please take notice that a Notice of Removal has been filed by the Defendant, **Victoria Lynne Meister,** by and through her undersigned counsel, in the case styled "*Jeffrey Alan Florreich, Plaintiff v. Victoria Lynne Meister, et. al* (Case Number CV-06-47), to remove that action to the United States District Court for the Middle District of Alabama, Northern Division, the Notice of Removal was filed in the United States District Court for the Middle District of Alabama on the _15th_ day of May, 2006.

Written notice of the filing of said Removal was given to the attorney of record for the Plaintiff herein by service effective May _15th_, 2006, and you are hereby notified that the filing of a copy of the aforesaid Notice with you as clerk of the Circuit Court of Tallapoosa County, Alabama, effects removal of said cause to the United States District Court.

Respectfully submitted,

_____
ALEX L. HOLTSFORD, JR. (HOL048)
SUSAN D. SANICH (DEH001)
Counsel For Defendant Victoria Lynne Meister

OF COUNSEL:
NIX HOLTSFORD GILLILAND
    HIGGINS & HITSON, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585
(334) 215-7101 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

Michael L. McKerly
Pritchard, McCall & Jones, L.L.C.
800 Financial Center
505 North 20th Street
Birmingham, Alabama 35203-2605

    This the _____ day of May, 2006.

_____
OF COUNSEL