**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                      TELEPHONE (334) 954-3600

June 14, 2006


# NOTICE OF CORRECTION


**From:**              Clerk's Office

**Case Style:**        Jeffrey Alan Florreich v. Victoria Lynne Meister

**Case Number:**       #3:06-cv-0442-MHT

**Referenced Document:**   Document #6
                           Motion to Remand

**This notice has been docketed to enter the corrected signature pages into the record in the referenced case. The original pdf did not contain a proper electronic signature as required by Civil Administrative Procedure II-C. The corrected pdf is attached to this notice.**