IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

JEFFREY ALAN FLORREICH,       )
                              )
   Plaintiff,                 )
                              )
                              )    CIVIL ACTION NO.
   v.                         )    3:06cv442-MHT
                              )
VICTORIA LYNNE MEISTER,       )
                              )
   Defendant.                 )

                   ORDER

It is ORDERED that the petition to remand (doc. no. 6) is set for submission, without oral argument, on June 22, 2006, with all briefs due by said date.

DONE, this the 15th day of June, 2006.

                   /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE