**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

June 19, 2006

# NOTICE OF CORRECTION

**From:**              Clerk's Office

**Case Style:**        Jeffrey Alan Florreich v. Victoria Lynne Meister

**Case Number:**       #3:06-cv-00442-MHT

**Referenced Document:**   Document #9
                           Report of Rule 26(f) Planning Meeting

**This notice has been docketed to enter the corrected signature page into the record in the referenced case. The original pdf did not contain a proper electronic signature as required by Civil Administrative Procedure II-C. The corrected pdf is attached to this notice.**