### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **JEFFREY ALAN FLORREICH,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Civil Action No. 3:06cv442-MHT** |
| | § | (Tallapoosa County Case No. |
| **VICTORIA LYNNE MEISTER, et. al.,** | § | CV-06-47) |
| | § | |
| **Defendant.** | § | |

### REPORT OF PARTIES' PLANNING MEETING

I.    Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on June 13, 2006, via telephone conference and was attended by:

Michael L. McKerley for Plaintiff, Jeffrey Alan Florreich
Alex L. Holtsford, Jr. and Susan Dehghani-Sanich for Defendant, Victoria Lynne Meister

II.    Pre-Discovery Disclosures

The parties will exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) within twenty-one days after the scheduling order has been entered.

III.    Discovery Plan

The parties jointly propose to the Court the following discovery plan:

a.    All discovery commenced in time to be completed by March 26, 2007;
b.    Maximum of 40 interrogatories by each party to the other party; response are due 30 days after the scheduling order had been entered.
c.    Maximum of 30 requests for production of documents by each party; responses are due after the scheduling order had been entered.
d.    Maximum of 30 requests for admissions by each party to the other party; responses due after the scheduling order had been entered.
e.    Maximum of 10 depositions by Plaintiff and 10 depositions by Defendants.
f.    Each deposition will not exceed four hours unless agreed to by the parties.
g.    Reports from retained experts under Rule 26(a)(2) due:

        From Plaintiff    :    November 6, 2006
        From Defendants    :    December 6, 2006

IV.    Other Items

a.    Parties do not request a conference with the Court before entry of the scheduling order;
b.    The parties request a pretrial conference on April 9, 2007.
c.    Plaintiffs will be allowed until August 21, 2006, to join additional parties and until August 21, 2006, to amend pleadings.
d.    Defendants shall be allowed until October 6, 2006, to join additional parties and until September 21, 2006, to amend pleadings.
e.    All potentially dispositive motions should be filed by February 6, 2007.
f.    Final list of witness and exhibits under Rule 26(a)(3) should be due:

    Witness List between parties - April 16, 2007
    Plaintiff's expert witness - October 9, 2006

    Exhibits between parties - April 16, 2007
    Defendant's expert witness - December 11, 2006

g.    Parties shall have ten (10) days after service of final list of witnesses and exhibits to list an objection under Rule 26(a)(3).
h.    The case should be ready for trial by May 7, 2007, and is expected to take approximately 2 days.

Dated: <u>June 15, 2006</u>

    /s/ Michael L. McKerly
    MICHAEL L. MCKERLY
    Attorney for Plaintiff, Jeffrey Alan Florreich

OF COUNSEL:
Pritchard, McCall & Jones, LLC
800 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
205-328-9190

/s/ Alex L. Holtsford, Jr.
S/ ALEX L. HOLTSFORD, JR. (HOLT9586)
S/ SUSAN DEHGHANI- SANICH (DEHGS0677)
Counsel For Defendant Victoria Lynne Meister

OF COUNSEL:
Nix Holtsford Gilliland
      Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36104
334-215-8585