# EXHIBIT A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JEFFREY ALAN FLORREICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 3:06cv442-MHT |
| | ) |
| VICTORIA LYNNE MEISTER, | ) |
| | ) |
| Defendant. | ) |

### Affidavit of Jeffrey Alan Florreich

STATE OF ALABAMA        )
JEFFERSON COUNTY        )

Comes now, Jeffrey Alan Florreich, by and before the undersigned Notary Public, who testifies under oath and says as follows:

1. My name is Jeffrey Alan Florreich, Plaintiff in the above referenced lawsuit, and I have personal knowledge of the facts set forth in this Affidavit.

2. I do not now, and will not in the Circuit Court of Tallapoosa County, Alabama, seek or demand a reward or verdict in excess of Seventy-five Thousand Dollars against the Defendant, Victoria Lynne Meister.

3. Should this case not be remanded to the Circuit Court of Tallapoosa County, Alabama, I reserve my rights to request relief in excess of Seventy-five Thousand Dollars.

4. Furthermore, Affiant sayeth naught.

_____
Jeffrey Alan Florreich

Sworn to and subscribed before me this ___ day of June 2006.

_____
Notary Public

[SEAL]
MY COMMISSION EXPIRES APRIL 28, 2008