IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **JEFFREY ALAN FLORREICH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 3:06cv442-MHT |
| | ) |
| **VICTORIA LYNNE MEISTER,** | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR REMAND

**COMES NOW** the Plaintiff, Jeffrey Alan Florreich, by and through his attorney of record, Pritchard, McCall & Jones, L.L.C. and the Defendant Victoria Lynne Meister, by and through her attorney of record, Nix, Holtsford, Gilliland, Higgins & Hitson, P.C., and hereby stipulate to the Court as follows:

1. The parties agree to a remand to the Circuit Court of Tallapoosa County, Alabama, on the grounds that it is hereby stipulated by and between the parties that no demand ever be made or monetary recovery ever be accepted in excess of SEVENTY FIVE THOUSAND and no/100 DOLLARS ($75,000.00).

/s/Michael L. McKerley
Of Counsel

**PRITCHARD, McCALL & JONES, L.L.C.**
800 Financial Center
505 North 20th Street
Birmingham, AL 35203
Phone:   (205) 328-9190
Fax:       (205) 458-0035

/s/Alex L. Holtsford, Jr.
Of Counsel

**NIX, HOLTSFORD, GILLILAND,**
       **HIGGINS & HITSON, P.C.**
P.O. Box 4128
Montgomery, AL 36103-4128
Phone:   (334) 215-8585
Fax:       (334) 215-7101