IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JEFFREY ALAN FLORREICH, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv442-MHT |
| ) | |
| VICTORIA LYNNE MEISTER, ) | |
| ) | |
|    Defendant. ) | |

**ORDER**

Pursuant to the joint stipulation for remand (doc. no. 14), it is the ORDER, JUDGMENT, and DECREE as follows:

(1) The motion for remand (doc. no. 6) is granted.

(2) This cause is remanded to the Circuit Court of Tallapoosa County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

DONE, this the 26th day of June, 2006.

                        /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE